BLANCHE E. DONELON, Respondent, *v.* UNITED STATES CASUALTY COMPANY, Appellant.

(Submitted March 9, 1934; decided March 23, 1934.)

*Frederick Mellor, J. A. Keller* and *William Butler* for appellant.

*Harry A. Redmond* for respondent.

Judgment affirmed, with costs.   No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: KELLOGG, J.